In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Improvement of the Water Front between Simonson Avenue, Clifton and Arrietta Streets, Tompkinsville, in the Borough of Richmond. (Staten Island Proceeding.)

FRANK C. MEBANE, as Receiver of SYMES FOUNDATION, INC., et al., Appellants; STAPLETON DOCK AND WAREHOUSE CORPORATION et al., Respondents.

*Real property — title — condemnation proceedings — New York city — title to lands under water of New York bay at Tompkinsville, Staten Island.*

*Matter of City of New York (Staten Island Proceeding)*, 209 App. Div. 828, affirmed.

(Argued January 27, 1925; decided February 25, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1924, unanimously affirming a judgment of Special Term dismissing the claims of the appellants

herein in condemnation proceedings. The appellants claimed title to the property in the condemnation area under a grant made by Queen Anne to Lancaster Symes in 1708.

*Benjamin Catchings* and *Merle I. St. John* for appellants.

*Albert Ottinger, Attorney-General* (*Anson Getman* and *George S. Parsons* of counsel), for the People.

*Albert B. Boardman* and *Edwin J. Freedman* for Stapleton Dock and Warehouse Corporation, et al., respondents.

*A. S. Gilbert* and *Royal E. T. Riggs* for Staten Island Railway Company, et al., respondents.

*Valentine Taylor* for Consumers Coal and Ice Company, respondent.

*Francis P. O'Connor* and *Edward W. Murphy* for Atlantic Mutual Insurance Company, et al., respondents.

*Charles Lamb* for Hugo Jaburg, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.